THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON, (Cal. State Bar No. 214198)
Assistant United States Attorney
    Ronald Reagan Federal Building
    and United States Courthouse
    411 W. Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-Mail: Anne.Gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. SA CR 08-174 |
|     Plaintiff, | ) ORDER TO RECALL ARREST WARRANT |
|     v. | ) |
| RONALD WEBSTER HENDERSON, | ) |
|     Defendant. | ) |

Pursuant to the government's August 12, 2008 motion to recall arrest warrant, IT IS HEREBY ORDERED that the arrest warrant for Ronald Webster Henderson in case number SA CR 08-174 is recalled.

DATED: August 12, 2008

/s/
_____
HONORABLE ARTHUR NAKAZATO
United States Magistrate Judge